**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ARLINGTON SCHOOL OF COURT REPORTING, INC. D/B/A ARLINGTON CAREER INSTITUTE,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:15-cv-00713-O** |
| | § | |
| **HARTFORD LLOYD'S INSURANCE COMPANY, HAAG ENGINEERING AND HEARTLAND INSURANCE SERVICES, INC.** | § | |
| | § | |
| ***Defendants.*** | § | |

**DEFENDANT HAAG ENGINEERING'S**
**CERTIFICATE OF INTERESTED PERSONS**
**(This form also satisfies Fed. R. Civ. P. 7.1)**

Pursuant to Federal Rules of Civil Procedure 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and Local Rule 81.2, Defendant Haag Engineering ("Haag") provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

**Haag Engineering Co. — defendant**

All of Haag Engineering Co.'s outstanding stock is privately held by individuals.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. **Arlington School of Court Reporting**
   **d/b/a Arlington Career Institute (Plaintiff)**
   c/o Nyanza L. Moore (Counsel)
   Moore Law Group
   2616 South Loop West, Suite 430
   Houston, Texas 77054
   (713) 665-8000 (telephone)
   (713) 583-0876 (fax)

2. **Hartford Lloyd's Insurance Company (Defendant)**
   c/o Laura Grabouski (Counsel)
   Brittan L. Buchanan
   Buchanan DiMasi Dancy Grabouski LLP
   9600 Great Hills Trail, Suite 300 West
   Austin, Texas 78759
   (512) 225-2800 (telephone)
   (512) 225-2801 (fax)

3. **Heartland Insurance Services, Inc. (Defendant)**
   Counsel unkown

4. **Haag Engineering Co. (Defendant)**
   c/o James L Sowder (Counsel)
   George "Chris" Gabriel
   Thompson Coe Cousins & Irons
   Plaza of the Americas
   700 N Pearl Street, 25th Floor
   Dallas, Texas 75201
   (214) 871-8200 (telephone)
   (214) 871-8209 (fax)

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James L. Sowder*

James L. Sowder
State Bar No. 18863900
jsowder@thompsoncoe.com
Chris Gabriel
State Bar No. 24074237
cgabriel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8267
Facsimile: (214) 871-8209
**Counsel For Defendant Haag Engineering**

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2015, a true and correct copy of the foregoing document was duly served pursuant to the Federal Rules of Civil Procedure upon the counsel listed below:

Nyanza L. Moore
State Bar No: 24012038
Moore Law Group
2616 South Loop West, Suite 430
Houston, Texas 77054
(713) 665-8000
(713) 583-0876 (fax)
nmoore@moorelawgroups.com
**Counsel for Plaintiffs**

Laura Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
Buchanan DiMasi
Dancy & Grabouski LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
(512) 225-2800
(512) 225-2801 (fax)
lgrabouski@bddglaw.com
bbuchanan@bddglaw.com
**Counsel for Defendant**
**Hartford Lloyd's Insurance Company**

*/s/ James. L. Sowder*
James L. Sowder