UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARLINGTON SCHOOL OF COURT REPORTING, INC. D/B/A ARLINGTON CAREER INSTITUTE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-00713-O |
| HARTFORD LLOYD'S INSURANCE COMPANY, HAAG ENGINEERING, AND HEARTLAND INSURANCE SERVICES, INC. | § § § § § § | |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL AS TO DEFENDANT**
**TRAVELERS MGA, INC. F/K/A HEARTLAND INSURANCE SERVICES, INC.**

Plaintiff Arlington School of Court Reporting, Inc. d/b/a Arlington Career Institute ("Plaintiff") and Travelers MGA, Inc., f/k/a Heartland Insurance Services, Inc., incorrectly sued as Heartland Insurance Services, Inc. ("Travelers") file this Stipulation of Dismissal:

1. Plaintiff hereby stipulates that all claims asserted against Travelers MGA, Inc., f/k/a Heartland Insurance Services, Inc., incorrectly sued as Heartland Insurance Services, Inc. should be dismissed without prejudice, with costs borne by the party incurring same.

2. The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal to the Court for entry.

Respectfully submitted,

*/s/ Nyanza L. Moore*   (with permission)
NYANZA MOORE
Texas Bar No. 24012038
**MOORE LAW GROUP**
2616 South Loop West, Suite 430
Houston, Texas 77054
(713) 665-8000 (Phone)
(713) 583-0876 (Fax)
nmoore@moorelawgroups.com

**ATTORNEY FOR PLAINTIFF**


*/s/ Marcie L. Schout*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT TRAVELERS MGA, INC., f/k/a HEARTLAND INSURANCE SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2015, a true and correct copy of the foregoing document was served, via the ECF filing system, upon the following counsel of record:

Nyanza L. Moore
Moore Law Group
2616 South Loop West, Suite 430
Houston, Texas 77054
*Counsel for Plaintiff*

Laura Grabouski
Brittan Buchanan
Buchanan DiMasi Dancy Grabouski LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
*Counsel for Defendant Hartford*

James L. Sowder
Chris Gabriel
Thompson, Coe, Cousins & Irons, LLP
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
*Counsel for Defendant Haag*

      */s/ Marcie L. Schout*
      Marcie L. Schout