IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ARLINGTON SCHOOL OF COURT REPORTING, INC. D/B/A ARLINGTON CAREER INSTITUTE,** | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-713-O |
| **HARTFORD LLOYD'S INSURANCE COMPANY, HAAG ENGINEERING, AND HEARTLAND INSURANCE SERVICES, INC.,** | § § § § § § § | |
| Defendants. | § | |

## ORDER

The parties have informed the Court that this case has settled (ECF No. 17), filed December 9, 2015.  The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office no later than **January 8, 2016**.  If the parties do not file the appropriate dismissal papers by **January 8, 2016**, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court.  All deadlines are stayed until further order of the Court.

**SO ORDERED** on this **10th day** of **December, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE