IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARLINGTON SCHOOL OF COURT REPORTING, INC. D/B/A ARLINGTON CAREER INSTITUTE | § § § § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-00713-O |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY, HAAG ENGINEERING, AND HEARTLAND INSURANCE SERVICES, INC. | § § § § | |
| *Defendants.* | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Arlington School of Court Reporting, Inc. d/b/a Arlington Career Institute, ("Plaintiff") and Defendants Hartford Lloyd's Insurance Company ("Defendant") and HAAG Engineering, being all of the parties to the above referenced action that have appeared herein,[2] jointly announce to the Court that the above-referenced case has been settled. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and fees incurred.

A proposed order approved by all counsel is submitted herewith.

---

[2] Plaintiff filed a Stipulation of Dismissal as to Travelers MGA, Inc. f/k/a Heartland Insurance Services, Inc. See Doc. No. 10.

Respectfully submitted,

*/s/ Nyanza L. Moore*

Nyanza L. Moore
State Bar No: 24012038
MOORE LAW GROUP
2616 South Loop West, Suite 430
Houston, Texas 77054
Telephone:   713-665-8000
Facsimile:   713-583-0876
Email:       nmoore@moorelawgroups.com
ATTORNEYS FOR PLAINTIFF

*/s/ Laura Grabouski*

Laura Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
BUCHANAN DIMASI DANCY & GRABOUSKI LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone:   512-225-2800
Facsimile:   512-225-2801
Email:       lgrabouski@bddglaw.com
             bbuchanan@bddglaw.com
ATTORNEYS FOR DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY

*/s/ James L. Sowder*

James L. Sowder
State Bar No: 18863900
Chris Gabriel
State Bar No: 24074237
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  214-871-8267
Facsimile:  214-871-8209
Email:      jsowder@thompsoncoe.com
            cgabriel@thompsoncoe.com
ATTORNEYS FOR DEFENDANT HAAG ENGINEERING