IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARLINGTON SCHOOL OF COURT REPORTING, INC. D/B/A ARLINGTON CAREER INSTITUTE<br><br>*Plaintiff,*<br><br>v.<br><br>HARTFORD LLOYD'S INSURANCE COMPANY, HAAG ENGINEERING, AND HEARTLAND INSURANCE SERVICES, INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:15-cv-00713-O |

**ORDER APPROVING STIPULATION OF DISMISSAL**

On this day, the parties' Joint Stipulation of Dismissal with Prejudice was considered by the Court. It appearing to the Court that all issues in this case have been resolved and that the parties desire the entry of this Order, it is

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is approved and that the above-styled and numbered cause and all claims asserted or that could have been asserted by all parties herein are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs incurred.

IT IS SO ORDERED.

SIGNED this the ____ day of ________________________, 2015.

______________________________
REED O' CONNOR
UNITED STATES DISTRICT COURT JUDGE


{1210/0048/0305971.DOC.1 }

AGREED AS TO FORM:

Nyanza L. Moore
State Bar No: 24012038
MOORE LAW GROUP
2616 South Loop West, Suite 430
Houston, Texas 77054
Telephone: 713-665-8000
Facsimile: 713-583-0876
Email: nmoore@moorelawgroups.com
ATTORNEYS FOR PLAINTIFF

Laura Grabouski
State Bar No: 24031595
Brittan L. Buchanan
State Bar No: 03285680
BUCHANAN DIMASI DANCY & GRABOUSKI LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone: 512-225-2800
Facsimile: 512-225-2801
Email: lgrabouski@bddglaw.com
bbuchanan@bddglaw.com
ATTORNEYS FOR DEFENDANT
HARTFORD LLOYD'S INSURANCE
COMPANY

James L. Sowder
State Bar No: 18863900
Chris Gabriel
State Bar No: 24074237
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: 214-871-8267
Facsimile: 214-871-8209
Email: jsowder@thompsoncoe.com
cgabriel@thompsoncoe.com
ATTORNEYS FOR DEFENDANT
HAAG ENGINEERING